# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

  Respondent

  v.

PAUL LEN SCHAFFER,

  Petitioner

: No. 333 WAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.